

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-18-00264-CR

WILLIE EDWARD WILLIAMS                                  APPELLANT

V.

THE STATE OF TEXAS                                               STATE

----------

### FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 1525362D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Willie Edward Williams attempts to appeal his conviction for injury to a child causing bodily injury. The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On July 11, 2018, we notified Williams that we would dismiss this appeal pursuant to the trial court's certification unless he or any party

---

[1]*See* Tex. R. App. P. 47.4.

desiring to continue the appeal filed a response by July 23, 2018, showing grounds for continuing the appeal.[2]  *See* Tex. R. App. P. 25.2(d), 44.3.  We have received no response.  Therefore, in accordance with the trial court's certification, we dismiss this appeal.[3]  *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  MEIER, GABRIEL, and KERR, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  August 16, 2018

---

[2]We sent the same letter to Williams's trial counsel.

[3]We take no action on the motion to withdraw filed by Williams's trial counsel.